IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHANIE SIEDSCHLAG, | ) | CASE NO. 8:10-cv-00304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| CONAGRA FOODS, INC., and CONAGRA | ) | |
| FOODS ENTERPRISE SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the parties' Stipulation for Joint Dismissal with Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their/its own costs and the complete record shall be waived.

Dated this 6th day of March 2012.

BY THE COURT,

*s/ Joseph F. Bataillon*
United States District Judge